**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01176-CV

## JIK CAYMAN BAY EXHANGE LLC, JIK ARBORS LLLP, AND JKT EXCHANGE LLC, Appellants

### V.

## OLIVER MEDINA AND RICHARD SIMPSON, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03572-E**

## ORDER

Before the Court is appellants' January 26, 2017 second motion for extension of time to file appellants' brief. We **GRANT** appellants' motion.

We **ORDER** appellants to file the brief on or before February 21, 2017. We caution appellants that further requests for an extension of time will be disfavored.

/s/     ELIZABETH LANG-MIERS
          JUSTICE